10607, 10608. PORT WENTWORTH TERMINAL CORPORATION *v.* LEAVITT; and *vice versa.*

LUKE, J. 1. A demurrer which is general and attacks the petition as a whole is properly overruled if any part of the petition sets out a legal cause of action. See *Hudson* v. *Hudson*, 119 *Ga.* 637 (1) (46 S. E. 874). The petition in this case was not subject to the motion to dismiss upon the grounds of misjoinder of causes, nor subject to the demurrers urged against it.

2. The motion attacking the plea of the defendant, upon the grounds thereof and as presented, is without merit. The court did not err in overruling the demurrers to the suit, nor in overruling the motion to strike the defendant's answer.

*Judgment affirmed on both the main bill of exceptions and the cross-bill. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 6, 1920.

Attachment; from Chatham superior court—Judge Meldrim. February 5, 1919.

*Hitch & Denmark,* for Port Wentworth Terminal Corporation. *W. W. Gordon,* contra.